FILED
U.S DISTRICT COURT

2007 AUG 16 ᗡ 2: 19

# In the United States District Court
# for the District of Utah, Central Division

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| Miguel Avalos-Vasquez<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America<br><br>　　　　Defendant. | ORDER DISMISSING PETITIONERS 28 U.S.C. § 2255 COMPLAINT<br><br>**Case No.** 2:07cv420 |

　　　　On June 25, 2007, the petitioner, Miguel Avalos-Vasquez ("Avalos"), pursuant to 28 U.S.C. § 2255, filed a Motion to Vacate, Set Aside, or Correct his sentence in Case No. 2:04-cr-708 JTG. Currently, Avalos has a direct appeal pending before the Tenth Circuit Court of Appeals challenging this sentence. *See* Docket No. 100 in Case No. 2:04-cr-708 JTG.

　　　　The Tenth Circuit has made it clear that, absent extraordinary circumstances, a district court may not consider the merits of a § 2255 motion when the petitioner has a direct pending appeal on the underlying case. *See United States v. Prows*, 448 F.3d 1223, 1228 (10th Cir. 2006); *United States v. Cook*, 997 F.2d 1312, 1319 (10th Cir. 1993). Indeed, generally, a defendant may not concomitantly seek both direct and collateral relief for the defendant's underlying sentence. *See Cook*, 997 F.2d at 1318-19.

　　　　Avalos has presented no extraordinary circumstances under *Prows* or *Cook* which would compel this Court to consider Avalos' § 2255 Motion while his direct appeal is pending

with the Tenth Circuit.

Accordingly, Avalos' § 2255 Motion is **DENIED**.

IT IS SO ORDERED.

DATED this 16th day of August, 2001

J. THOMAS GREENE
UNITED STATES DISTRICT JUDGE